UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER POOLS & SPAS, INC., | No. 2:13-cv-01150-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| LIBERTY MUTUAL INSURANCE COMPANY; WAUSAU UNDERWRITERS INSURANCE COMPANY; and, DOES 1 through 10, | |
| Defendants. | |

The Court is in receipt of the parties' Stipulation for Staying Action (ECF No. 5) and Stipulation for Extension of Time to Respond to the Complaint (ECF No. 6). After reviewing both Stipulations and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Pursuant to the joint stipulation for a stay of all proceedings, this matter is hereby STAYED pending resolution of the mandatory binding arbitration in the underlying Workers Compensation Action, and all pending dates and deadlines are hereby vacated.

2. No later than ten (10) days after the arbitration is concluded, the parties are directed to inform the Court of the status of this case and move to lift the stay.

3. The initial response of Defendants Liberty Mutual Insurance Company and Wausau Underwriters Insurance Company to the Complaint shall be filed no later than two (2) weeks after the stay of proceedings in this case has been lifted.

IT IS SO ORDERED.

Dated: July 2, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT