ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:           pcogan@rmkb.com
brussum@rmkb.com

Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY
and WAUSAU UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER POOLS & SPAS, INC., <br><br>Plaintiff, <br><br>v. <br><br>LIBERTY MUTUAL INSURANCE COMPANY; WAUSAU UNDERWRITERS INSURANCE COMPANY; and, DOES 1 through 10, <br><br>Defendants. | CASE NO.  2:13-CV-01150-MCE <br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br>[Fed. Rule. Civ. Proc. Rule 41(a)] |

**IT IS HEREBY STIPULATED** by and between Plaintiff PREMIER POOLS & SPAS, INC. ("Plaintiff") and Defendants LIBERTY MUTUAL INSURANCE COMPANY and WAUSAU UNDERWRITERS INSURANCE COMPANY ("Defendants"), by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

///

///

**IT IS SO STIPULATED**.

The filer of this document attests that concurrence in this filing has been obtained from all signatories.

Dated: September 29, 2015          MEEGAN, HANSCHU & KASSENBROCK

By: */s/ Mark R. Kassenbrock*
    MARK R. KASSENBROCK
    Attorney for Plaintiff
    PREMIER POOLS & SPAS, INC.

Dated: September 29, 2015          ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Pamela E. Cogan*
    PAMELA E. COGAN
    BLAKE J. RUSSUM
    Attorneys for Defendants
    LIBERTY MUTUAL INSURANCE
    COMPANY and WAUSAU
    UNDERWRITERS INSURANCE
    COMPANY

### ORDER

It is hereby ordered that, pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT